JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILSON OMAR ALFARO, | Case No. CV 12-8627-MWF (DTB) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| GREG LEWIS, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is dismissed with prejudice.

DATED: November 20, 2013

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

1